UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| In re: | § | Case No. 15-71962-PMB |
|---|---|---|
| | § | |
| SURREY CAPITAL, LLC | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT
CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

Janet G. Watts, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $0.00 | Assets Exempt: | NA |
| Total Distributions to Claimants: | $428,124.62 | Claims Discharged Without Payment: | NA |
| Total Expenses of Administration: | $225,444.97 | | |

3) Total gross receipts of $653,569.59 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $653,569.59 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| Priority Claims: | | | | |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $160,155.38 | $160,155.38 | $160,155.38 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $65,289.59 | $65,289.59 | $65,289.59 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $1,078,674.30 | $1,957,051.71 | $1,134,572.01 | $428,124.62 |
| **Total Disbursements** | $1,078,674.30 | $2,182,496.68 | $1,360,016.98 | $653,569.59 |

4). This case was originally filed under chapter 11 on 11/13/2015. The case was converted to one under Chapter 7 on 11/14/2016. The case was pending for 23 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/19/2018</u>    By:    /s/ Janet G. Watts
                                                                   Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| Liquidation of DIP account after conversion | 1129-000 | $651,505.79 |
| Integrity Bank | 1270-000 | $117.65 |
| Integrity Bank | 1270-000 | $117.95 |
| Interest Earned | 1270-000 | $1,828.20 |
| **TOTAL GROSS RECEIPTS** | | **$653,569.59** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS
NONE

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Janet G. Watts, Trustee | 2100-000 | NA | $35,928.48 | $35,928.48 | $35,928.48 |
| Janet G. Watts, Trustee | 2200-000 | NA | $9.70 | $9.70 | $9.70 |
| Integrity Bank | 2600-000 | NA | $17,836.70 | $17,836.70 | $17,836.70 |
| United States Trustee | 2950-000 | NA | $325.00 | $325.00 | $325.00 |
| RAGSDALE BEALS, SEIGLER, PATTERSON & GRAY LLP, Attorney for Trustee | 3210-000 | NA | $59,218.50 | $59,218.50 | $59,218.50 |
| RAGSDALE BEALS, SEIGLER, PATTERSON & GRAY LLP, Attorney for Trustee | 3220-000 | NA | $4,231.91 | $4,231.91 | $4,231.91 |
| Stonebridge Accounting & Forensics, LLC, Accountant for Trustee | 3410-000 | NA | $42,285.00 | $42,285.00 | $42,285.00 |
| Stonebridge Accounting & Forensics, LLC, Accountant for Trustee | 3420-000 | NA | $320.09 | $320.09 | $320.09 |

UST Form 101-7-TDR (10/1/2010)

| | | | | |
|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | NA | $160,155.38 | $160,155.38 | $160,155.38 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Macey, Wilensky & Hennings, LLC, Attorney for D-I-P | 6210-160 | NA | $62,240.50 | $62,240.50 | $62,240.50 |
| Macey, Wilensky & Hennings, LLC, Attorney for D-I-P | 6220-170 | NA | $3,049.09 | $3,049.09 | $3,049.09 |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | NA | $65,289.59 | $65,289.59 | $65,289.59 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Georgia Department of Labor | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Georgia Department of Revenue | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | Stamford Bridge Capital, LLC | 7100-000 | $0.00 | $2,665.00 | $2,665.00 | $733.69 |
| 3 | Monica Patel | 7100-000 | $32,500.00 | $32,500.00 | $32,500.00 | $8,947.33 |
| 4 | JMS Family, LP | 7100-000 | $0.00 | $14,267.50 | $0.00 | $0.00 |
| 5 | Shama Patel | 7100-000 | $165,964.28 | $165,964.28 | $165,964.28 | $45,690.37 |
| 6 | Rakesh Patel | 7100-000 | $109,055.08 | $109,055.08 | $109,055.08 | $109,055.08 |
| 7 | Jay Patel | 7100-000 | $248,220.95 | $100.00 | $100.00 | $27.53 |
| 8 | Jay Patel | 7100-000 | $0.00 | $171,006.52 | $171,006.52 | $47,078.51 |
| 9 | Jay Patel | 7100-000 | $0.00 | $87,214.43 | $87,214.43 | $24,010.34 |
| 10 | J M S Family, LP | 7100-000 | $0.00 | $33,000.00 | $0.00 | $0.00 |
| 11 | Stamford Bridge Capital, LLC | 7100-000 | $0.00 | $54,177.01 | $54,177.01 | $14,915.06 |
| 12 | JMS Family, LP | 7100-000 | $0.00 | $11,717.00 | $11,717.00 | $3,225.72 |

UST Form 101-7-TDR (10/1/2010)

| | | | | | | |
|---|---|---|---|---|---|---|
| 13 | Hapeville Capital, LLC | 7100-000 | $41,197.68 | $41,197.68 | $41,197.68 | $11,341.82 |
| 14 | 218 Capital Partners, LLC | 7100-000 | $275,689.97 | $275,689.97 | $275,689.97 | $75,898.12 |
| 15 | Clerk, State Court of Clayton County | 7100-000 | $37,500.00 | $37,500.00 | $37,500.00 | $10,323.84 |
| 16 | Clerk, State Court of Clayton County | 7100-000 | $11,800.00 | $148,040.84 | $95,084.94 | $26,177.11 |
| 17 | Paresh Patel | 7100-000 | $0.00 | $772,256.30 | $50,000.00 | $50,000.00 |
| 18 | Hill Manufacturing Co., Inc. | 7100-000 | $253.80 | $700.10 | $700.10 | $700.10 |
| | Ana Alvarez | 7100-000 | $422.50 | $0.00 | $0.00 | $0.00 |
| | Assa Abloy Hospitality, Inc. | 7100-000 | $112.28 | $0.00 | $0.00 | $0.00 |
| | Autoclerk, Inc. | 7100-000 | $230.00 | $0.00 | $0.00 | $0.00 |
| | Booking.comth Street | 7100-000 | $523.56 | $0.00 | $0.00 | $0.00 |
| | Dean Hagler | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Diane Malloy | 7100-000 | $1,513.25 | $0.00 | $0.00 | $0.00 |
| | Expedia, Inc. | 7100-000 | $64.19 | $0.00 | $0.00 | $0.00 |
| | First American/Merimac Capital | 7100-000 | $2,130.44 | $0.00 | $0.00 | $0.00 |
| | Georgia Natural Gas | 7100-000 | $1,272.94 | $0.00 | $0.00 | $0.00 |
| | Jerry Stone | 7100-000 | $1,328.29 | $0.00 | $0.00 | $0.00 |
| | Leslie Behar | 7100-000 | $1,140.68 | $0.00 | $0.00 | $0.00 |
| | LHINDI | 7100-000 | $18,182.75 | $0.00 | $0.00 | $0.00 |
| | Mahesh Patel | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | MB Atlantic Palms, LLC | 7100-000 | $9,700.00 | $0.00 | $0.00 | $0.00 |
| | Mobile Storage Source | 7100-000 | $250.00 | $0.00 | $0.00 | $0.00 |
| | PC PLUS Networks | 7100-000 | $200.00 | $0.00 | $0.00 | $0.00 |
| | Phoenix Elevator Service of GA | 7100-000 | $588.12 | $0.00 | $0.00 | $0.00 |
| | Rashmita Patel | 7100-000 | $1,151.03 | $0.00 | $0.00 | $0.00 |
| | Robins, Ross, Alloy LLC | 7100-000 | $38,870.35 | $0.00 | $0.00 | $0.00 |
| | Saundra Aderhold | 7100-000 | $77,837.67 | $0.00 | $0.00 | $0.00 |
| | United Business Insurance Co. | 7100-000 | $564.00 | $0.00 | $0.00 | $0.00 |
| | Varsha Patel | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| Zep Manufacturing Co. | 7100-000 | $410.49 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $1,078,674.30 | $1,957,051.71 | $1,134,572.01 | $428,124.62 |

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 15-71962-PMB | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | SURREY CAPITAL, LLC | Date Filed (f) or Converted (c): | 11/14/2016 (c) |
| For the Period Ending: | 10/19/2018 | §341(a) Meeting Date: | 12/12/2016 |
| | | Claims Bar Date: | 02/19/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Liquidation of DIP account after conversion | $651,530.79 | $651,505.79 | | $651,505.79 | FA |
| **Asset Notes:**  25.00 wiring fee charged by originating bank | | | | | |
| INT  Interest Earned  (u) | Unknown | Unknown | | $1,828.20 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

$651,530.79       $651,505.79       $653,333.99       $0.00

**Major Activities affecting case closing:**
07/12/2018    TFR submitted to UST 7/12/2018.

Initial Projected Date Of Final Report (TFR):  06/30/2018    Current Projected Date Of Final Report (TFR):  07/12/2018    /s/ JANET G. WATTS

JANET G. WATTS

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-71962-PMB | | Trustee Name: | Janet G. Watts |
| --- | --- | --- | --- | --- |
| Case Name: | SURREY CAPITAL, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4811 | | Checking Acct #: | ******1962 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Surrey Capital, LLC |
| For Period Beginning: | 11/13/2015 | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 10/19/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 11/16/2016 | (1) | Surrey Capital LLC-Jay Patel | Liquidation of DIP account after conversion | 1129-000 | $651,505.79 | | $651,505.79 |
| 11/30/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $542.37 | $650,963.42 |
| 12/31/2016 | (INT) | Integrity Bank | Interest Posting | 1270-000 | $82.03 | | $651,045.45 |
| 12/31/2016 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,049.96 | $649,995.49 |
| 01/31/2017 | (INT) | INTEGRITY BANK | Interest Posting | 1270-000 | $110.41 | | $650,105.90 |
| 01/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,048.40 | $649,057.50 |
| 02/28/2017 | (INT) | INTEGRITY BANK | Interest Posting | 1270-000 | $99.59 | | $649,157.09 |
| 02/28/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $945.58 | $648,211.51 |
| 03/31/2017 | (INT) | INTEGRITY BANK | Interest Posting | 1270-000 | $110.10 | | $648,321.61 |
| 03/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,045.52 | $647,276.09 |
| 04/30/2017 | (INT) | Integrity Bank | Interest Posting | 1270-000 | $106.40 | | $647,382.49 |
| 04/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $1,010.34 | $646,372.15 |
| 05/31/2017 | (INT) | INTEGRITY BANK | Interest Posting | 1270-000 | $109.80 | | $646,481.95 |
| 05/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $960.21 | $645,521.74 |
| 06/30/2017 | (INT) | INTEGRITY BANK | Interest Posting | 1270-000 | $106.11 | | $645,627.85 |
| 06/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $928.01 | $644,699.84 |
| 07/31/2017 | (INT) | INTEGRITY BANK | Interest Posting | 1270-000 | $109.51 | | $644,809.35 |
| 07/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $957.72 | $643,851.63 |
| 08/31/2017 | (INT) | Integrity Bank | Interest Posting | 1270-000 | $109.37 | | $643,961.00 |
| 08/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $956.46 | $643,004.54 |
| 09/29/2017 | (INT) | INTEGRITY BANK | Interest Posting | 1270-000 | $105.70 | | $643,110.24 |
| 09/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $924.39 | $642,185.85 |
| 10/31/2017 | (INT) | INTEGRITY BANK | Interest Posting | 1270-000 | $109.08 | | $642,294.93 |
| 10/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $953.99 | $641,340.94 |
| 11/30/2017 | (INT) | Integrity Bank | Interest Posting | 1270-000 | $105.43 | | $641,446.37 |
| 11/30/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $922.00 | $640,524.37 |
| 12/31/2017 | (INT) | Integrity Bank | Interest Posting | 1270-000 | $108.80 | | $640,633.17 |
| 12/31/2017 | | Integrity Bank | Bank Service Fee | 2600-000 | | $951.53 | $639,681.64 |
| | | | | SUBTOTALS | $652,878.12 | $13,196.48 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-71962-PMB | | | Trustee Name: | Janet G. Watts |
|---|---|---|---|---|---|
| Case Name: | SURREY CAPITAL, LLC | | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4811 | | | Checking Acct #: | ******1962 |
| Co-Debtor Taxpayer ID #: | | | | Account Title: | Surrey Capital, LLC |
| For Period Beginning: | 11/13/2015 | | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 10/19/2018 | | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 01/31/2018 | (INT) | INTEGRITY BANK | Interest Posting | 1270-000 | $108.66 | | $639,790.30 |
| 01/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $950.27 | $638,840.03 |
| 02/22/2018 | 101 | Rakesh Patel | Per Order Docket No. 201 | 7100-000 | | $109,055.08 | $529,784.95 |
| 02/22/2018 | 102 | Hill Manufacturing Co., Inc. | Per Order Docket No. 201 | 7100-000 | | $700.10 | $529,084.85 |
| 02/22/2018 | 103 | Paresh Patel | Per Order Docket No. 200 | 7100-000 | | $50,000.00 | $479,084.85 |
| 02/28/2018 | (INT) | Integrity Bank | Interest Posting | 1270-000 | $98.01 | | $479,182.86 |
| 02/28/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $857.18 | $478,325.68 |
| 03/31/2018 | (INT) | INTEGRITY BANK | Interest Posting | 1270-000 | $92.24 | | $478,417.92 |
| 03/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $749.29 | $477,668.63 |
| 04/30/2018 | (INT) | Integrity Bank | Interest | 1270-000 | $117.95 | | $477,786.58 |
| 04/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $687.71 | $477,098.87 |
| 05/31/2018 | (INT) | INTEGRITY BANK | Interest Posting | 1270-000 | $121.75 | | $477,220.62 |
| 05/31/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $709.79 | $476,510.83 |
| 06/13/2018 | 102 | STOP PAYMENT: Hill Manufacturing Co., Inc. | Per Order Docket No. 201 | 7100-004 | | ($700.10) | $477,210.93 |
| 06/13/2018 | 104 | Hill Manufacturing Co., Inc. | Per Order Docket No. 201 | 7100-000 | | $700.10 | $476,510.83 |
| 06/30/2018 | (INT) | Integrity Bank | Interest | 1270-000 | $117.65 | | $476,628.48 |
| 06/30/2018 | | Integrity Bank | Bank Service Fee | 2600-000 | | $685.98 | $475,942.50 |
| 07/10/2018 | (INT) | INTEGRITY BANK | Interest Posting | 1270-000 | $35.21 | | $475,977.71 |
| 09/17/2018 | 105 | Janet G. Watts | Trustee Compensation | 2100-000 | | $35,928.48 | $440,049.23 |
| 09/17/2018 | 106 | Janet G. Watts | Trustee Expenses | 2200-000 | | $9.70 | $440,039.53 |
| 09/17/2018 | 107 | RAGSDALE BEALS, SEIGLER, PATTERSON & GRAY LLP | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 59,218.50; Amount Allowed: 59,218.50; | 3210-000 | | $59,218.50 | $380,821.03 |
| 09/17/2018 | 108 | RAGSDALE BEALS, SEIGLER, PATTERSON & GRAY LLP | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 4,231.91; Amount Allowed: 4,231.91; | 3220-000 | | $4,231.91 | $376,589.12 |
| 09/17/2018 | 109 | Stonebridge Accounting & Forensics, LLC | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 42,285.00; Amount Allowed: 42,285.00; | 3410-000 | | $42,285.00 | $334,304.12 |
| 09/17/2018 | 110 | Stonebridge Accounting & Forensics, LLC | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 320.09; Amount Allowed: 320.09; | 3420-000 | | $320.09 | $333,984.03 |
| | | | SUBTOTALS | | $691.47 | $306,389.08 | |

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No. | 15-71962-PMB | | Trustee Name: | Janet G. Watts |
|---|---|---|---|---|
| Case Name: | SURREY CAPITAL, LLC | | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4811 | | Checking Acct #: | ******1962 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | Surrey Capital, LLC |
| For Period Beginning: | 11/13/2015 | | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 10/19/2018 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 09/17/2018 | 111 | United States Trustee | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 325.00; Amount Allowed: 325.00; | 2950-000 | | $325.00 | $333,659.03 |
| 09/17/2018 | 112 | Macey, Wilensky & Hennings, LLC | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 62,240.50; Amount Allowed: 62,240.50; | 6210-160 | | $62,240.50 | $271,418.53 |
| 09/17/2018 | 113 | Macey, Wilensky & Hennings, LLC | Distribution Dividend: 100.00; Claim #: ; Amount Claimed: 3,049.09; Amount Allowed: 3,049.09; | 6220-170 | | $3,049.09 | $268,369.44 |
| 09/17/2018 | 114 | Stamford Bridge Capital, LLC | Distribution Dividend: 27.53; Claim #: 2; Amount Claimed: 2,665.00; Amount Allowed: 2,665.00; | 7100-000 | | $733.69 | $267,635.75 |
| 09/17/2018 | 115 | Monica Patel | Distribution Dividend: 27.53; Claim #: 3; Amount Claimed: 32,500.00; Amount Allowed: 32,500.00; | 7100-000 | | $8,947.33 | $258,688.42 |
| 09/17/2018 | 116 | Shama Patel | Distribution Dividend: 27.53; Claim #: 5; Amount Claimed: 165,964.28; Amount Allowed: 165,964.28; | 7100-000 | | $45,690.37 | $212,998.05 |
| 09/17/2018 | 117 | Jay Patel | Distribution Dividend: 27.53; Claim #: 7; Amount Claimed: 100.00; Amount Allowed: 100.00; | 7100-000 | | $27.53 | $212,970.52 |
| 09/17/2018 | 118 | Jay Patel | Distribution Dividend: 27.53; Claim #: 8; Amount Claimed: 171,006.52; Amount Allowed: 171,006.52; | 7100-000 | | $47,078.51 | $165,892.01 |
| 09/17/2018 | 119 | Jay Patel | Distribution Dividend: 27.53; Claim #: 9; Amount Claimed: 87,214.43; Amount Allowed: 87,214.43; | 7100-000 | | $24,010.34 | $141,881.67 |
| 09/17/2018 | 120 | Stamford Bridge Capital, LLC | Distribution Dividend: 27.53; Claim #: 11; Amount Claimed: 54,177.01; Amount Allowed: 54,177.01; | 7100-000 | | $14,915.06 | $126,966.61 |
| 09/17/2018 | 121 | JMS Family, LP | Distribution Dividend: 27.53; Claim #: 12; Amount Claimed: 11,717.00; Amount Allowed: 11,717.00; | 7100-000 | | $3,225.72 | $123,740.89 |
| 09/17/2018 | 122 | Hapeville Capital, LLC | Distribution Dividend: 27.53; Claim #: 13; Amount Claimed: 41,197.68; Amount Allowed: 41,197.68; | 7100-000 | | $11,341.82 | $112,399.07 |
| 09/17/2018 | 123 | 218 Capital Partners, LLC | Distribution Dividend: 27.53; Claim #: 14; Amount Claimed: 275,689.97; Amount Allowed: 275,689.97; | 7100-000 | | $75,898.12 | $36,500.95 |
| 09/17/2018 | 124 | Clerk, State Court of Clayton County | Garnishment Claim No. 15-Hasmita Patel | 7100-000 | | $10,323.84 | $26,177.11 |
| 09/17/2018 | 125 | Clerk, State Court of Clayton County | Rishi Patel Claim 16-Garnishment | 7100-000 | | $26,177.11 | $0.00 |

| | | | | SUBTOTALS | $0.00 | $333,984.03 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-71962-PMB | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | SURREY CAPITAL, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******1962 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Surrey Capital, LLC |
| For Period Beginning: | 11/13/2015 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 10/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| | | | **TOTALS:** | | $653,569.59 | $653,569.59 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $653,569.59 | $653,569.59 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $653,569.59 | $653,569.59 | |

**For the period of 11/13/2015 to 10/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $653,569.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $653,569.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $653,569.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $653,569.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 11/15/2016 to 10/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $653,569.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $653,569.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $653,569.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $653,569.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

Page No: 5

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-71962-PMB | Trustee Name: | Janet G. Watts |
|---|---|---|---|
| Case Name: | SURREY CAPITAL, LLC | Bank Name: | Independent Bank |
| Primary Taxpayer ID #: | **-***4811 | Checking Acct #: | ******1962 |
| Co-Debtor Taxpayer ID #: | | Account Title: | Surrey Capital, LLC |
| For Period Beginning: | 11/13/2015 | Blanket bond (per case limit): | $30,390,000.00 |
| For Period Ending: | 10/19/2018 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $653,569.59 | $653,569.59 | $0.00 |

**For the period of 11/13/2015 to 10/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $653,569.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $653,569.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $653,569.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $653,569.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 11/14/2016 to 10/19/2018**

| | |
|---|---|
| Total Compensable Receipts: | $653,569.59 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $653,569.59 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $653,569.59 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $653,569.59 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ JANET G. WATTS

JANET G. WATTS